# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MARTIN PASCUAL, on behalf of himself and others similarly situated**

    **Plaintiff,**

v.                                                                                           **Case No: 5:16-cv-636-Oc-37PRL**

**SCALLY'S LUBE & GO TOWING & RECOVERY, LLC and ROBERT SCALLY**

    **Defendants.**

## ORDER

Before the Court is Defendants' unopposed motion to conduct the Federal Rule of Civil Procedure 26(f) conference telephonically. (Doc. 16). Upon due consideration, Defendants' motion is **GRANTED**. The parties are advised that if they fail to reach an agreement on the matters telephonically, they should expect that the Court will schedule an in-person hearing to resolve any disputes.

**DONE** and **ORDERED** in Ocala, Florida on March 17, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties